## BUNN v. STATE.
### No. 25124.

Court of Criminal Appeals of Texas.
Feb. 14, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Driving while intoxicated upon a public highway is the offense; the punishment, a fine of $100.

138

This court is without jurisdiction, here, for the reason that the record reflects no notice of appeal was given and entered, as required by law.

The appeal is dismissed.

Opinion approved by the Court.